# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱

## EASTERN DISTRICT OF WISCONSIN

THERESA GARNER,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

    v.                                Case No.  11-C-0181

STATE OF WISCONSIN,
UNIVERSITY OF WISCONSIN-MILWAUKEE,
UNIVERSITY OF WISCONSIN SYSTEM,
UNIVERSITY OF WISCONSIN ADMINISTRATION,
JOELY B. URDAN, SHANNON BRADBURY,
BRENDA SEDMAK, ALAN CRIST,
JASON BEIER, SANDRA D. HUMES,
AMY R. WATSON, DIANE LUND,

        Defendants.

---

        This action came before the court, the issues have been decided and a decision has been rendered.  Now, therefore,

        IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.


APPROVED:      s/ C. N. CLEVERT, JR.
                     C. N. CLEVERT, JR.
                     Chief U. S. District Judge

                                        JON W. SANFILIPPO
                                        Clerk

        5/3/11
        Date                                    s/C. Fehrenbach
                                        (By) Deputy Clerk